✎ JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| SUSAN AUGUST | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and ROES 1 to 30 |

| (b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
|---|---|

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| John J. Moreno Law Offices of Moreno & Rivera 1451 River Park Drive, Ste. 145 Sacramento, CA 95815  Tel: (916) 922-1200 | B. Clyde Hutchinson; Liza Siu Mendoza Lombardi, Loper & Conan, LLP 1999 Harrison Street, Ste. 2600 Oakland, CA 94612  Tel: (510) 433-2600 |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | ☐ 871 IRS—Third Party | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 900Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | | Determination |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | Under Equal Access |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | to Justice |
| | Other | | Alien Detainee | | ☐ 950 Constitutionality of |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | State Statutes |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | Transferred from | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
N/A

Brief description of cause:
Action for personal injuries aboard common carrier by railroad

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ Unknown    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE  July 1, 2008    SIGNATURE OF ATTORNEY OF RECORD

1    B. CLYDE HUTCHINSON, State Bar No. 037526
     bch@llcllp.com
2    LIZA SIU MENDOZA, State Bar No. 242493
     lsiumendoza@llcllp.com
3    LOMBARDI, LOPER & CONANT, LLP
     Lake Merritt Plaza
4    1999 Harrison Street, Suite 2600
     Oakland, CA 94612-3541
5    Telephone:    (510) 433-2600
     Facsimile:    (510) 433-2699
6
     Attorneys for Defendant
7    NATIONAL RAILROAD
     PASSENGER CORPORATION
8

*E-filing*

*ORIGINAL FILED*

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

CV 08 3170 JCS

11   SUSAN AUGUST,                        Case No. _____

12                    Plaintiff,          **DEFENDANT NATIONAL RAILROAD
                                          PASSENGER CORPORATION'S**
13         v.                             **NOTICE OF REMOVAL OF CASE
                                          TO FEDERAL COURT**
14   NATIONAL RAILROAD PASSENGER
     CORPORATION, dba AMTRAK; and
15   ROES 1 to 30,

16                    Defendants.

17

18         Defendant National Railroad Passenger Corporation ("Defendant") respectfully alleges as

19   follows:

20         1.      On February 28, 2008, Plaintiff filed her Complaint against this Defendant in the

21   Superior Court of the State of California, County of Alameda, entitled Susan August v. National

22   Railroad Passenger Corporation, et al., Case No. RG08373904.  A true and correct copy of the

23   unverified Complaint is attached hereto as Exhibit A.

24         2.      Defendant Amtrak was served with the unverified Complaint on June 9, 2008.

25   See Summons Attached as Exhibit B.

26         3.      On July 7, 2008, Defendant filed its Answer to Plaintiffs' Unverified Complaint

27   in the Superior Court for the County of Alameda.  A copy of the Answer is attached hereto as

28   Exhibit C.  Therefore this Notice of Removal is filed within 30 days after receipt by Defendant

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    of a copy of the pleading setting forth the claim for relief upon which this action is based.

2        4.    This Court has original jurisdiction over the claim against Defendant under

3    28 U.S.C. § 1331 (federal question jurisdiction) because Defendant was incorporated by an

4    Act of Congress (45 U.S.C. § 501, et seq.), and the United States of America owns more than

5    50% of Defendant's capital stock (28 U.S.C. § 1349).  In re Rail Collision Near Chase,

6    Maryland, 680 F. Supp. 728, 731 (D. Md. 1987).

7        5.    The removal of this claim against Defendant to this Court is proper under

8    28 U.S.C. § 1441(a) because this is a civil action brought in a state court over which the district

9    courts of the United States have original jurisdiction, and this District Court embraces the place

10    in which the state action is pending.

11        6.    In addition, this is a civil action of which this Court also has original jurisdiction

12    under 28 U.S.C. §1332, which may be removed to this Court by defendant pursuant to the

13    provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states

14    and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

15        7.    Upon information and belief Plaintiff is a resident of the State of California.

16        8.    Defendant is incorporated in and maintains its principal place of business within

17    the District of Columbia.

18        9.    Doe defendants do not need to be joined in this Notice of Removal.  See Fristoe v.

19    Reynolds Metals Co., 615 F.2d 1209, 1213 (9th Cir. 1980).

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

DEFENDANT NRPC'S NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

10.    A copy of the Notice of Removal of Case to Federal Court that will be filed with the California Superior Court is attached hereto as Exhibit D.

WHEREFORE, Defendant prays that this action be removed to this Court.

DATED: July __1__, 2008                LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-37962 LSM 555817.1                3                Case No. #

DEFENDANT NRPC'S NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

JOHN J. MORENO (SBN 85808)
LAW OFFICES OF MORENO & RIVERA
1451 River Park Drive
Ste 145
Sacramento, Ca 95815
TELEPHONE NO: 916-922-1200   FAX NO. *(Optional):* 916-922-1301
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* PLAINTIFF SUSAN AUGUST

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
  STREET ADDRESS: RENE C. DAVIDSON COURTHOUSE
  MAILING ADDRESS: 1225 FALLON STREET
  CITY AND ZIP CODE: OAKLAND, CA 94612
  BRANCH NAME:

PLAINTIFF: SUSAN AUGUST

DEFENDANT: NATIONAL RAILROAD PASSENGER CORPORATION, dba
AMTRAK

[X] DOES 1 TO 30

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  [ ] AMENDED *(Number):*
Type *(check all that apply):*
  [ ] **MOTOR VEHICLE**   [X] OTHER *(specify):* PREMISES LIABILITY
  [ ] Property Damage   [ ] Wrongful Death
  [X] Personal Injury   [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
  [ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded   [ ] does not exceed $10,000
              [ ] exceeds $10,000, but does not exceed $25,000
  [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
  [ ] ACTION IS RECLASSIFIED by this amended complaint
        [ ] from limited to unlimited
        [ ] from unlimited to limited

REGIONAL DIRECTOR
CLAIMS SERVICES
JUN 1 9 2008
PHILADELPHIA, PA
Via Fed Ex

ENDORSED
FILED
ALAMEDA COUNTY

FEB 2 8 2008

CLERK OF THE SUPERIOR COURT
By_____ P. Bill
                        Deputy

CASE NUMBER:

RG 08373904

1. Plaintiff *(name or names):* SUSAN AUGUST

   alleges causes of action against **defendant** *(name or names):* NATIONAL RAILROAD PASSENGER CORPORATION,
   dba AMTRAK

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: SUSAN AUGUST V. NATIONAL RAILROAD PASSENGER CORPORATION, et al., | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 11-30 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-30 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001**

| | |
|---|---|
| SHORT TITLE: SUSAN AUGUST V. NATIONAL RAILROAD PASSENGER CORPORATION, et al., | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

  a. ☐   Motor Vehicle
  b. ☒   General Negligence
  c. ☐   Intentional Tort
  d. ☐   Products Liability
  e. ☒   Premises Liability
  f. ☐   Other (specify):

11. Plaintiff has suffered

  a. ☒   wage loss
  b. ☐   loss of use of property
  c. ☒   hospital and medical expenses
  d. ☒   general damage
  e. ☐   property damage
  f. ☒   loss of earning capacity
  g. ☐   other damage (specify):

12. ☐   The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐   listed in Attachment 12.
  b. ☐   as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

  a. (1) ☒   compensatory damages
     (2) ☐   punitive damages
  The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
  (1) ☒   according to proof
  (2) ☐   in the amount of: $

15. ☒   The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
  ONE THROUGH FIFTEEN AND EACH CAUSE OF ACTION

Date: FEBRUARY 27, 2008

JOHN J. MORENO
    (TYPE OR PRINT NAME)

                                          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001(4)

SHORT TITLE: August vs. National Railroad Passenger Corp.

CASE NUMBER:

FIRST _____. CAUSE OF ACTION—Premises Liability          Page 4 _____
          (number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* SUSAN AUGUST
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* MARCH 11, 2006          plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*
ON OR ABOUT THE DATE MENTIONED IN THE COMPLAINT THE PLAINTIFF WHILE
EXITING THE DEFENDANT'S TRAIN AT THE AMTRAK STATION PLATFORM AT 245
SECOND STREET, OAKLAND, CALIFORNIA 94607, PLAINTIFF'S FOOT WENT
THROUGH THE GAP BETWEEN THE TRAIN AND THE STATION'S PLATFORM, CAUSING
HER BODY TO TWIST, FALL AND GET CAUGHT IN THE GAP.
DEFENDANT(S) KNEW OR SHOULD HAVE KNOWN THAT IT WAS FORESSEEABLE THAT
PEOPLE LIKE PLAINTIFF WOULD BE EXITING IN AND/OR OUT OF THE TRAIN AND
SHOULD HAVE TAKEN THE REASONABLE STEPS OF PLACING STEPS OVER THE GAP
THAT A PERSON(S) SUCH AS PLAINTIFF COULD USE AND OR POST SIGN(S)
WARNING OF THE DANGEROUS GAP CONDITION.

**Prem.L-2.** [X] **Count One--Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names):* NATIONAL RAILROAD PASSENGER CORPORATION,
dba, AMTRAK

          [X] Does 1 _____ to 5 _____

**Prem.L-3.** [ ] **Count Two--Willful Failure to Warn** [Civil Code section 846] The defendant owners who wilfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):* NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK

          [X] Does 6 _____ to 10 _____
          Plaintiff, a recreational user, was [ ] an invited guest [X] a paying guest.

**Prem.L-4.** [ ] **Count Three--Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

          [ ] Does _____ to _____
          a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
          dangerous condition in sufficient time prior to the injury to have corrected it.
          b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):* UNKNOWN AT THIS
TIME.

          [X] Does 11 _____ to 30 _____
          b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
          [ ] described in attachment Prem.L-5.b [X] as follows *(names):* UNKNOWN AT THIS TIME.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-PI-001(2)

| SHORT TITLE: SUSAN AUGUST VS. NATIONAL RAILROAD PASSENGER CORP. | CASE NUMBER: |
|---|---|

SECOND _____ **CAUSE OF ACTION—General Negligence**    Page 5 _____
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  SUSAN AUGUST

alleges that defendant *(name)*:  NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK.

[X] Does 1 _____ to 30 _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*:  OR ABOUT MARCH 11, 2006
at *(place)*:  OR NEAR THE PREMISES OAKLAND'S JACK LONDON AMTRAK STATION, 245
SECOND STREET, OAKLAND, CALIFORNIA 94607
*(description of reasons for liability)*:

FIRST PLAINTIFF INCORPORATES BY THIS REFERENCE THE FIRST CAUSE OF ACTION IN ITS
ENTIRETY AS THOUGH IT WERE SET FORTH AT THIS PLACE AND TIME AND GOES ON TO
STATE AS FOLLOWS:  THAT WHILE PLAINTIFF WAS EXITING THE AMTRAK TRAIN AT THE
STATION PLATFORM AT 245 SECOND STREET, OAKLAND, CALIFORNIA 94607, PLAINTIFF'S
FOOT WENT THROUGH THE GAP BETWEEN THE TRAIN AND THE STATION'S PLATFORM.

THIS CAUSED PLAINTIFF TO TWIST AND FALL INTO THE GAP.

THAT DEFENDANT(S) KNEW OR SHOULD HAVE KNOWN THAT PEOPLE EXITING FROM THEIR
TRAINS, WILL BE CARRYING LUGGAGE AND OTHER ITEMS, BE FRAIL, ELDERLY AND OR HAVE
PHYSICAL LIMITATIONS AND SUCH CAN LOSE THEIR BALANCE AND CAN SLIP/TRIP AND
FALL IN SUCH GAP.  DEFENDANT(S) HAVE A DUTY TO EITHER ASSIST PASSENGERS
OFFLOADING OR TAKE OTHER REASONABLE STEPS TO INSURE THEIR SAFETY FROM THE
DANGEROUS CONDITION, BY EITHER PLACING A STEP DOWN OVER THE GAP, AND  OR POST
SIGNS IN A PLACE THAT PERSON(S) SUCH AS PLAINTIFF COULD VIEW THE SIGN(S) AND BE
WARNED OF DANGEROUS GAP.

DEFENDANT(S) BREACHED THEIR LEGAL DUTY AND AS A DIRECT CONSEQUENCE, WERE A
SUBSTANTIAL FACTOR IN PLAINTIFF'S FALL AND INJURIES IN AN AMOUNT ACCORDING TO
PROOF AT THE TIME OF TRIAL.

Page 1 of 1

EXHIBIT B

**SU___ONS**
*(CITACION JUDICIAL)*

**SUM-100**

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK,
DOES AMTRAK SERVICES

JUN 19 2008  Via Cgt
             Fed Ex

PHILADELPHIA, PA

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SUSAN AUGUST

RECEIVED
Amtrak

JUN 09 2008
VIA PROCESS SERVER

ELEANOR D. ACHESON
VICE PRESIDENT, GENERAL COUNSEL
AND CORPORATE SECRETARY

ENDORSED
FILED
ALAMEDA COUNTY

FEB 28 2008

CLERK OF THE SUPERIOR COURT
By _____ P. Bir
                      Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

Amtrak Law Department

| | CASE NUMBER:<br>*(Número del Caso):* | 08373904 |
|---|---|---|

The name and address of the court is:
*(El nombre y dirección de la corte es):*
RENE C. DAVIDSON COURTHOUSE
ALAMEDA COUNTY
1225 FALLON STREET
OAKLAND, CA 94612

JUN 11 2008

Charles E. Mandolia
Managing Deputy General Counsel

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOHN J. MORENO (SBN 85808)                 916-922-1200    916-922-1301
LAW OFFICES OF MORENO & RIVERA
1451 River Park Drive, SUITE 145
Sacramento, Ca 95815

DATE:                          Pat S. Sweeten    Clerk, by              P. Bir              , Deputy
*(Fecha)*   **FEB 28 2008**                     *(Secretario)*                          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

| [SEAL] | 1. ☐ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☒ on behalf of *(specify):* NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK<br><br>under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)<br>☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)<br>☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)<br>☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |
|---|---|

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Legal<br>Solutions<br>Ca Plus | Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|---|

EXHIBIT C

1   B. CLYDE HUTCHINSON, State Bar No. 037526
    bch@llcllp.com
2   LIZA SIU MENDOZA, State Bar No. 242493
    lsiumendoza@llcllp.com
3   LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
4   1999 Harrison Street, Suite 2600
    Oakland, CA 94612-3541
5   Telephone:    (510) 433-2600
    Facsimile:    (510) 433-2699
6
    Attorneys for Defendant
7   NATIONAL RAILROAD
    PASSENGER CORPORATION
8

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                         COUNTY OF ALAMEDA

11  SUSAN AUGUST,                     Case No. RG08373904

12             Plaintiff,            Assigned for All Purposes to
                                     Judge Steven A. Brick
13        v.                         Department 17

14  NATIONAL RAILROAD PASSENGER       **DEFENDANT NATIONAL RAILROAD
    CORPORATION, dba AMTRAK; and      PASSENGER CORPORATION'S ANSWER
15  DOES 1 to 30,                     TO PLAINTIFF'S UNVERIFIED
                                      COMPLAINT**
16             Defendants.
                                     Action Filed:  February 28, 2008
17

18

19        Defendant National Railroad Passenger Corporation (dba Amtrak) answers Plaintiff's

20  unverified Complaint as follows:

21        The use of a neuter pronoun in this Answer includes feminine, masculine, and plural

22  pronouns, and any singular reference to "Plaintiff" or "Defendant" shall include the plural

23  reference.

24        Answering Plaintiff's unverified Complaint, Defendant denies every allegation contained

25  therein and denies that by reason of any act or omission by Defendant, its agents, or independent

26  contractors, Plaintiff was injured or damaged in any sum, or at all.

27  ///

28  ///

<div style="writing-mode: vertical">LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541</div>

## AFFIRMATIVE DEFENSES

1.    As a first affirmative defense to each cause of action in the Complaint, Defendant alleges that Plaintiff's injuries were proximately caused and contributed to, in whole or in part, by her acts or omissions.  Accordingly, Plaintiff's recovery from Defendant, if any, should be reduced in proportion to the percentage of Plaintiff's negligence, legal responsibility, or proportion of fault.

2.    As a second affirmative defense to each cause of action in the Complaint, Defendant alleges that the Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

3.    As a third affirmative defense to each cause of action in the Complaint, Defendant alleges that Plaintiff failed to exercise reasonable care and diligence to mitigate damages.

4.    As a fourth affirmative defense to each cause of action in the Complaint, Defendant alleges that Plaintiff's causes of action are barred by the statute of limitations.

5.    As a fifth affirmative defense to each cause of action in the Complaint, Defendant allege that the negligence or fault of other persons other than Defendant was the sole, contributory or concurrent proximate and legal cause of the injuries or damages allegedly suffered by Plaintiff.  If liability is assessed against Defendant, which liability is denied by Defendant, Defendant is liable only for the amount of Plaintiff's non-economic damages allocated to it in direct proportion to it's percentage of fault, pursuant to Section 1431.2 of the California Civil Code.

6.    As a sixth affirmative defense to the Complaint, Defendant alleges that Plaintiff's injuries, if any, were proximately caused and contributed to, in whole or in part, by an intervening or superseding cause.  The damages, if any, recoverable by Plaintiff herein must be diminished in proportion to the fault attributable to said intervening or superseding cause.

7.    As a seventh affirmative defense to the Complaint, Defendant alleges that some or all of Plaintiff's claims are preempted by federal law.

8.    As a eighth affirmative defense to the Complaint, Defendant alleges that Plaintiff has failed to join an indispensable party.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

9.    Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery in this case, and hereby reserves the right to amend its answer to assert any such defense; and

THEREFORE, Defendant prays for judgment as follows:

1.    In favor of Defendant National Railroad Passenger Corporation dba Amtrak and on all causes of action in the Complaint:

2.    For Defendant's costs of suit incurred herein;

3.    For reasonable attorneys' fees; and

4.    For such other relief as should be granted.

DATED: July ___, 2008                LOMBARDI, LOPER & CONANT, LLP

By: _____

B. CLYDE HUTCHINSON
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

## PROOF OF SERVICE
### *Susan August v. National Railroad Passenger Corporation, et al.*
*Alameda County Superior Case No. RG08373904*

I, Noelle Duncan, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the county of Alameda; my business address is Lombardi, Loper & Conant, LLC, 1999 Harrison Street, Suite 2600, Oakland, CA 94612.

On July 1, 2008, I served the within:

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

John J. Moreno                          Telephone:    (916) 922-1200
Law Offices of Moreno & Rivera          Facsimile:    (916) 922-1301
1451 River Park Drive, Ste. 145         *Attorneys for Plaintiff*
Sacramento, CA 95815

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

☐ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
Suite 2600
1999 Harrison Street
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-37962 LSM 555803.001                1                Case No. RG08373904

1  ☐  **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties

2  to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

3

      I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct.

5        Executed on July 1, 2008, at Oakland, California.

6

7  _____

8               Noelle Duncan

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600

13249-37962 LSM 555803.001                    2                    Case No. RG08373904
                                    PROOF OF SERVICE

# EXHIBIT D

1   B. CLYDE HUTCHINSON, State Bar No. 037526
    bch@llcllp.com
2   LIZA SIU MENDOZA, State Bar No. 242493
    lsiumendoza@llcllp.com
3   LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
4   1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
5   Telephone:    (510) 433-2600
    Facsimile:    (510) 433-2699
6
    Attorneys for Defendant
7   NATIONAL RAILROAD
    PASSENGER CORPORATION
8

9                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                            COUNTY OF ALAMEDA

11  SUSAN AUGUST,                          Case No. RG08373904

12              Plaintiff,                 Assigned for All Purposes to
                                           Judge Steven A. Brick
13       v.                                Department 17

14  NATIONAL RAILROAD PASSENGER            **DEFENDANT NATIONAL RAILROAD**
    CORPORATION, dba AMTRAK; and           **PASSENGER CORPORATION'S**
15  DOES 1 to 30,                          **NOTICE OF REMOVAL OF CASE**
                                           **TO FEDERAL COURT**
16              Defendants.
                                           Action Filed:  February 28, 2008
17

18

19

20       TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

21       NOTICE IS HEREBY GIVEN that Defendant NATIONAL RAILROAD PASSENGER

22  CORPORATION has filed its Notice of Removal of the above-captioned action, a copy of which

23  is attached hereto, with the United States District Court for the Northern District of California.

24  ///

25  ///

26  ///

27  ///

28  ///

13249-37962 LSM 555813.1                         1                    Case No. RG08373904

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. Section 1446(d), the

2  filing of said Notice in the United States District Court, together with the filing of said Notice

3  with this Court, effects the removal of this action and the above-captioned Court may proceed no

4  further unless and until the case has been remanded.

5

6  DATED: July __1__, 2008          LOMBARDI, LOPER & CONANT, LLP

7

8                                   By: _____

9                                       B. CLYDE HUTCHINSON
                                        Attorneys for Defendant
10                                      NATIONAL RAILROAD PASSENGER
                                        CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

**PROOF OF SERVICE**
*Susan August v. National Railroad Passenger Corporation, et al.*
*Alameda County Superior Case No. RG08373904*

I, Noelle Duncan, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the county of Alameda; my business address is Lombardi, Loper & Conant, LLC, 1999 Harrison Street, Suite 2600, Oakland, CA 94612.

On July 1, 2008, I served the within:

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S NOTICE OF REMOVAL OF CASE TO FEDERAL COURT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

John J. Moreno                                    Telephone:    (916) 922-1200
Law Offices of Moreno & Rivera                    Facsimile:    (916) 922-1301
1451 River Park Drive, Ste. 145                   *Attorneys for Plaintiff*
Sacramento, CA  95815

☒  **By United States Mail:**  I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐  **By Fax Transmission:**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

☐  **By Overnight Delivery:**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐  **By Personal Service:**  I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐  **By Messenger Service:**  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

LOMBARDI LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-37962 LSM 555803.001                    1                    Case No. RG08373904
PROOF OF SERVICE

☐    **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 1, 2008, at Oakland, California.

_____
Noelle Duncan

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-37962 LSM 555803.001

2

PROOF OF SERVICE

Case No. RG08373904