1 | B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
2 | LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
3 | LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
4 | 1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
5 | Telephone: (510) 433-2600
  | Facsimile: (510) 433-2699
6 |
7 | Attorneys for Defendant
  | NATIONAL RAILROAD
  | PASSENGER CORPORATION
8 |

E-filing

ORIGINAL FILED

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN AUGUST,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, dba AMTRAK; and
ROES 1 to 30,

    Defendants.

Case No. CV 08 3170

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S DEMAND FOR JURY TRIAL**

Defendant NATIONAL RAILROAD PASSENGER CORPORATION hereby demands a trial by jury.

DATED: July _1_, 2008          LOMBARDI, LOPER & CONANT, LLP

                               By: /s/ B. Clyde Hutchinson
                               B. CLYDE HUTCHINSON
                               Attorneys for Defendant
                               NATIONAL RAILROAD PASSENGER
                               CORPORATION

13249-37962 LSM 555820.1                    1                              Case No. #

DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S DEMAND FOR JURY TRIAL