```
1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD
   PASSENGER CORPORATION
8
```

ORIGINAL FILED

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN AUGUST,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; and ROES 1 to 30,

    Defendants.

CV 08 No. 3170  JCS

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES**

Defendant National Railroad Passenger Corporation ("Amtrak") hereby submits this Certification of Interested Entities. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 1, 2008

LOMBARDI, LOPER & CONANT, LLP

By: /s/ B. Clyde Hutchinson
B. CLYDE HUTCHINSON
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

13249-37962 LSM 555834.1

1

Case No. #

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES