1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
7  Attorneys for Defendant
   NATIONAL RAILROAD
   PASSENGER CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUSAN AUGUST, | Case No. 3:08-cv-03170 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; and ROES 1 to 30, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff SUSAN AUGUST and defendant NATIONAL RAILROAD PASSENGER COMPANY that the above-captioned action be and hereby is dismissed with prejudice as to defendant NATIONAL RAILROAD PASSENGER COMPANY pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). Each party agrees to bear their own costs.

Dated: August 6, 2008                LAW OFFICES OF MORENO & RIVERA LLP


                                     By: ___/s/ John J. Moreno_____
                                         JOHN J. MORENO
                                         Attorneys for Plaintiff
                                         SUSAN AUGUST

13249-37962 LSM 556932.1                  1                    Case No. 3:08-CV-03170 JCS

1
2  Dated: August 12, 2008                    LOMBARDI, LOPER & CONANT, LLP
3
4                                            By: _____/s/ Liza Siu Mendoza_____
                                                      LIZA SIU MENDOZA
5                                                    Attorneys for Defendants
                                             NATIONAL RAILROAD PASSENGER CORPORATION
6
7  IT IS SO ORDERED:
8
9  DATED: _____, 2008
10
11                                           _____
                                             HONORABLE JOSEPH C. SPERO
12                                           UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-37962 LSM 556932.1                    2                    Case No. 3:08-CV-03170 JCS

STIPULATION AND ORDER OF DISMISSAL