B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN AUGUST,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; and ROES 1 to 30,<br><br>        Defendants. | Case No. 3:08-cv-03170 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 13, 2008            LOMBARDI, LOPER & CONANT, LLP

                                  By:      /s/ Liza Siu Mendoza
                                           LIZA SIU MENDOZA
                                           Attorneys for Defendant
                                           NATIONAL RAILROAD PASSENGER
                                                      CORPORATION