| | |
|---|---|
| 1 | John J. Moreno ( SBN 85808) |
|   | **MORENO & RIVERA** |
| 2 | 1451 River Park Drive, Suite 145 |
|   | Sacramento, CA 95815 |
| 3 | Telephone: (916) 922-1233 |

FILED
2008 AUG 13 PM 2:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

Attorney for Plaintiff:
Susan August

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN AUGUST, | CASE NO:  C08-3170 JCS  ~~C RG08373904~~ |
| Plaintiff, | |
| v. | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK AND DOES 1-30 | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions to Title 28, U.S.C. Section 63(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal froom the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

///

///

| | | |
|---|---|---|
| 1 | DATED: August 13, 2008 | LAW OFFICE OF MORENO & RIVERA |
| 2 | | |
| 3 | | |
| 4 | | _____ |
| 5 | | JOHN J. MORENO |
| 6 | | Counsel for <u>Susan August</u> |
| | | Plaintiff |

## PROOF OF SERVICE

CASE NAME: August v. NCRP, Corp. et al.          CASE NUMBER:     RG 08373904

I am a resident of the County aforesaid. I am over the age of Eighteen (18) years and not a party to the above-entitled action; my business address is: **LAW OFFICES OF MORENO & RIVER, 1451 RIVER PARK DRIVE SUITE 145, SACRAMENTO, CA 95815, (916) 922-1233**

On August 13, 2008, I served the within:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

_X_ BY MAIL (DEFENDANT'S COUNSEL): I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under the practice correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business.

___ BY CERTIFIED RECEIPT: I served said documents via U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid, Certified Receipt at Sacramento, California in the ordinary course of business.

_X_ BY FAX (COURT & DEFENDANT'S COUNSEL): I served said document(s) by transmitting via facsimile from facsimile number (916) 922-1301 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

___ BY PERSONAL SERVICE: I caused such envelope(s) to be delivered by hand this date to the addressee(s), or the offices of the addressee(s) at approximately 4:40 pm.

___ BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by FEDERAL EXPRESS with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| **Lombardi, Loper & Conant, LLP** <br> B. Clyde Hutchinson <br> Liza Siu Mendoza <br> Lake Merritt Plaza <br> 1999 Harrison Street, Suite 2600 <br> Oakland, CA 94612-3541 | United States District Court <br> Northern District of California <br> **Attention: Karen 415-522-3605** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2008, at Sacramento, California.

_____
Debra Vega

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUSAN AUGUST,

        Plaintiff,

  v.

NATIONAL RAILROAD PASSENGER
CORPORATION et al,

        Defendant.
                                    /

Case Number: CV08-03170 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Joe Moreno
Moreno & Rivera
1451 River Park Drive
Suite 145
Sacramento, CA 95815

Dated: August 13, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk