B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:  (510) 433-2600
Facsimile:  (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN AUGUST,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; and ROES 1 to 30,<br><br>    Defendants. | Case No. 3:08-cv-03170 JCS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff SUSAN AUGUST and defendant NATIONAL RAILROAD PASSENGER COMPANY that the above-captioned action be and hereby is dismissed with prejudice as to defendant NATIONAL RAILROAD PASSENGER COMPANY pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party agrees to bear their own costs.

Dated: August 6, 2008                    LAW OFFICES OF MORENO & RIVERA LLP


                                         By: ___/s/ John J. Moreno_____
                                              JOHN J. MORENO
                                              Attorneys for Plaintiff
                                              SUSAN AUGUST

1

2   Dated: August 12, 2008          LOMBARDI, LOPER & CONANT, LLP

3

4                                   By: _____/s/ Liza Siu Mendoza_____
                                            LIZA SIU MENDOZA
5                                         Attorneys for Defendants
                                    NATIONAL RAILROAD PASSENGER CORPORATION
6

7   IT IS SO ORDERED:

8

9   DATED: ___August 13___, 2008

10                                  _____
11                                  HONORABLE JOSEPH C. SPERO
                                    UNITED STATES MAGISTRATE JUDGE
12

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Joseph C. Spero)

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SUSAN AUGUST,

        Plaintiff,

  v.

NATIONAL RAILROAD PASSENGER
CORPORATION et al,

        Defendant.
                                      /

Case Number: CV08-03170 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Joe Moreno
Moreno & Rivera
1451 River Park Drive
Suite 145
Sacramento, CA 95815


Dated: August 13, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk